Jett Pettus, Pacer ID# 6032577

12/11/2023

**Pacer Exemption Request**

I am a third year Economics Ph.D. student at Massachusetts Institute of Technology who studies questions around prison conditions of confinement. As a part of my research, I am specifically interested in inmate litigation.

Inmate litigation plays an important and multi-faceted role in maintaining prison conditions. Litigation is one of the primary ways that the penitentiary environment is monitored. From an economics perspective, there is no guiding theorem that motivates the level of prison conditions that will be provided by facilities. For instance, standard economic models teach us that in a typical marketplace, competitive forces drive prices down and quality up. This logic can apply to markets even in the absence of prices. For instance, competition can play an important role in education quality—whereby parents can choose to transfer their kids to another school if they are dissatisfied with performance.

On the other hand, there is typically no role for price (outside of potentially private prisons) and there is no room for exit—prisoners do not have control or often influence on their facility assignment—within state and federal corrections. The choices in quality provision in prisons then rely on the agencies, state, and federal governments. However, they also rely on litigation in the courts. Not only do litigation outcomes mold prison policy in the United States, but even the threat of litigation can incentivize correction agencies to proactively design policy to avoid these potential costs.[1]

The importance of inmate litigation needs to be weighed against the hefty burden these prisoner petitions bear on federal court caseloads. There were 54,134 prisoner petitions filed in district courts in 2018. This accounted for 19.13% of district court civil caseload that year (U.S. District Courts—Judicial Business 2018). Moreover, the vast majority of these filings fail. According to

---

[1] As an example, a 2020 report from the Legislative Analyst's Office in California specifically mentioned potential litigation risk as a motivation to closing some prisons over others: https://lao.ca.gov/Publications/Report/4186.

the Federal Judicial Center's Integrated Database, only 1.40% of filings were ruled in favor of the plaintiff from 1994 to 2020.[2] If these filings are weak signals of prison malfeasance, then perhaps there are more efficient ways for prisoners to contest their rights. Moreover, this could justify the Prison Litigation Reform Act of 1996 (PLRA) which aimed to limit the volume and improve the quality of prisoner petitions being filed through--among other stipulations-- "imposing filing fees and requiring prisoners to exhaust administrative remedies prior to filing lawsuits" (Schlanger, 2003).

**In this research project, I am interested in empirically quantifying the relationship between prisoner petitions and facility quality**. The goal of this exercise is to be able to speak to important questions about prisoner petitions such as asking whether these petitions are strong signals of inadequate prison conditions. We might imagine a world where they are not: for instance, the courts may receive a higher volume and higher quality of petitions from prisons with more resources or from prisoners with greater access to law libraries. Relatedly, I can document how prison facility conditions change in the face of litigation---or the threat thereof--- and whether these conditions backslide following court presence.

This exercise will require multiple datasets. First, I will need metrics on prison facility conditions across the United States. Through public record requests and state Department of Corrections' websites, I already have administrative data by facility and month for multiple states.[3] For example, I have detailed data on infractions, usage of restricted housing/solitary confinement, staff vacancies, and some measures of health outcomes from 2009 to 2022 in every California state prison. Next, I am grateful for the Federal Judicial Center's Integrated Database (IDB) which provides data on every civil case filed since 1988. This database provides me with information on docket number, filing dates, and location for the universe of prisoner petitions filed during this time-period. **Finally, this project requires information on the topic of each prisoner filing, the prison name, and the outcomes of the case. For this source of data, I**

---

[2] I believe this number excludes settlements---which may be a more appropriate definition of success here.
[3] Obtaining data from Department of Corrections agencies is an active project of mine. I currently have some information from Arizona, California, Florida, Illinois, Indiana, New Mexico, New York, North Carolina, Pennsylvania, and Texas. I will be continuing to request and obtain data from the states throughout my Ph.D.

**need access to prisoner complaints and dockets, and it is for this access that I am requesting PACER fee exemption.**

**Specifically, I am requesting PACER fee exemption for the prisoner petition cases filed between 1988 to present day.**[4] **These cases are typically filed under the nature of suit numbers 510, 530, 535, 540, 550, and 555.**[5] **I am interested in accessing the following documents within these filings: complaints and amended complaints along with other letters received from the inmate; orders / opinions / judgments / mandates; motions; memoranda; responses / reply's / answers; and filings in support thereof. I would like to stress that I will use primarily complaints and final orders; however, I include the other types of documents above in case I need to learn more about a particular case or if I find they are necessary for understanding the results.**

To process the complaints, I will use modern machine learning and artificial intelligence tools to render these petitions into digital text. From this text, I can obtain the subject matter of the petition as well as a rough measure of petition quality. These cases will also give me information on inmate facilities along with outcome measures. After obtaining the subject matter of the petitions, I can then match this information to the data I have on prison conditions and run statistical analysis on how petitions relate to and impact actual facility conditions. Beyond answering questions on the correlation and causation between prison quality and inmate petitions, I can also use this exercise to answer questions such as 1) how petition topic matter differs across facilities and states, 2) how the PLRA impacted inmate litigation and its effects on downstream prison conditions, and 3) whether statistical tools can be used to help judges determine the veracity of a petition.[6]

This is a large project and I hope that it will become my Ph.D. dissertation. Due to the quantity of petitions, I cannot feasibly pay the PACER fees that would result from this research. I have a grant of $8,000 that I can contribute to this project, including through paying PACER fees,

---

[4] I understand that PACER may not contain all these filings, especially for earlier years.
[5] I only want access to petitions filed under Habeas Corpus or Vacate Sentence insofar as these petitions will sometimes relate to prison conditions.
[6] I already have some results documenting the PLRA's impact on the volume and success of petitions using the IDB.

however, as a graduate student I do not have access to the same level of funding that professors often have. **If given exemption from the courts, I would like to affirm that this data will only be used for the purposes of research and the data will not be distributed online or transferred to other individuals. I would also like to note that no research coming out of this project will reveal the personal identities involved in any of the cases studied.**

Thank you for considering my request and please contact me with any further questions or comments.

Sincerely,

Jett Pettus

Pacer ID# 6032577

https://economics.mit.edu/people/phd-students/jett-pettus

Email: jvpettus@mit.edu

Phone: 619-517-7729